Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATIE L. GREEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOSPITAL SERVICE GROUP, INC., a foreign limited liability company doing business in Nevada, DOES I through X and ROES I through X,<br><br>Defendant. | Case No. 2:11-CV-01533-PMP-LRL<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR 6-1, Defendant AMERICAN HOSPITAL SERVICES GROUP, LLC, improperly named as AMERICAN HOSPITAL SERVICE GROUP, INC. ("Defendant"), submits the following Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint. This motion is submitted and based on the following:

1. This is the first request for an extension of time for Defendant to file its answer or otherwise respond to Plaintiff's Complaint.

2. Defendant's response to Plaintiff's Complaint is currently due on Tuesday, January 31, 2012.

3. Due to Defense Counsel's recent engagement to defend the case and preexisting obligations, a short additional amount of time is necessary to review the Complaint and prepare a response.

4. Because Plaintiff is unrepresented, and in an abundance of caution, Defendant is filing this Motion rather than arranging for the extension via stipulation.

5. Accordingly, Defendant respectfully requests the Court to enter an order extending the time in which to answer or otherwise respond to Plaintiff's Complaint by two weeks to and including **February 14, 2012.**

6. Furthermore, this request for an extension of time to file Defendant's answer or otherwise response to Plaintiff's Complaint is made in good faith and not for the purpose of delay.

Dated this 26 day of January, 2012.

JACKSON LEWIS LLP

Veronica Arechederra Hall, Bar No. 5855
Paul T. Trimmer, Bar No. 9291
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis LLP and that on this 26 day of January, 2012, I caused to be sent via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing **DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** properly addressed to the following:

Katie L. Green
21 W. Owens Ave. #319
North Las Vegas, NV 89030

*/s/ Janine Martin*
Employee of Jackson Lewis LLP

4819-7852-9550, v. 1