UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KATIE LATAY GREEN, | ) | |
| Plaintiff, | ) | 2:11-CV-01533-PMP-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AMERICAN HOSPITAL SERVICES GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment (Doc. #9) filed February 14, 2012. Although advised of her obligation to do so (Doc. #10), Plaintiff has failed to file a timely response to Defendant's motion to dismiss. As a result, in accord with the Local Rules of this Court, Plaintiff consents to the granting of Defendant's motion.

Moreover, a review of Defendant's Motion to Dismiss (Doc. #9) shows that Defendant is entitled to the relief requested on the merits. Additionally, claims set forth in Plaintiff's Complaint (Doc. #4) are time barred by Title VII Statute of Limitation 42 U.S.C. § 2000e-5(f)(1).

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. #9) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiff.

DATED: March 5, 2012.

_____
PHILIP M. PRO
United States District Judge